In the Matter of the Claim of CHARLES H. RICHARDSON, Respondent, for Compensation under the Workmen's Compensation Law, v. BUILDERS' EXCHANGE ASSOCIATION, Employer, and the ZURICH GENERAL ACCI-

DENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Motion granted.